Eugene Franklin **BUSBEY**, Appellant

v.

**UNITED STATES of America.**

No. 16558.

United States Court of Appeals
Eighth Circuit.

Aug. 2, 1960.

Charles M. Shaw, Clayton, Mo., for appellant.

William H. Webster, U. S. Atty., and Frederick H. Mayer, Asst. U. S., Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee.

**ROOFIRE ALARM COMPANY,** Appellant,

v.

**UNDERWRITERS' LABORATORIES, INC.,** Appellee.

No. 14060.

United States Court of Appeals
Sixth Circuit.

Oct. 19, 1960.

Samuel M. Chambliss, Chambliss, Chambliss & Hodge, Chattanooga, Tenn., for appellant.

Jere T. Tipton, Miller, Martin, Hitching & Tipton, Chattanooga, Tenn., and Edward H. Hickey, Bell, Boyd, Marshall & Lloyd, Chicago, Ill., on brief, for appellee.

Before McALLISTER, Chief Judge, and MARTIN and O'SULLIVAN, Circuit Judges.

ORDER.

This is an appeal by plaintiff from an order of the trial court, sustaining the motion of defendant for summary judgment and dismissing the complaint.

For the reasons stated in the opinion of District Judge Darr, adequately expressed, the order of the United States District Court is affirmed. 188 F.Supp. 753.

It is so ordered.

Raymond W. **CLAWSON**, Appellant,

v.

**UNITED STATES of America,** Appellee.

No. 16971.

United States Court of Appeals
Ninth Circuit.

Dec. 6, 1960.

Rehearing Denied Jan. 12, 1961.

Russell E. Parsons, Los Angeles, Cal., for appellant.

Laughlin E. Waters, U. S. Atty., Robert J. Jensen, Thomas R. Sheridan, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before BARNES, HAMLIN and JERTBERG, Circuit Judges.

PER CURIAM.

The judgment of the district court finding appellant guilty of criminal contempt of court in violation of Title 18 U.S.C. § 401(3) is affirmed.